# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

IN RE: Christopher J Emanuel

Case Number: 03-50739-MBM
Chapter 13
Judge MARCI B. MCIVOR

## NOTICE OF UNCLAIMED DIVENDENDS

TO: CLERK OF THE COURT

The check itemized below represents an unclaimed dividend in this estate and is remitted to the Clerk of the Court pursuant to U.S.C. 374(a).

| Last Payee for Claim | Check Number | Check Date | Check Amount |
|---|---|---|---|
| DIRECTV INC<br>P O BOX 1077<br>EL SEGUNDO, CA 90245 | 2514946 | 04/21/2009 | $28.56 |

Debtor Address Information:

Christopher J Emanuel
168 Spruce Dr
Apple Valley, MN 55124

Trustee Claim #:     29
Account Number:    6594288
Claimed Ammount: $290.86
Principal Paid:      $133.27
Interest Paid:       $0.00

Dated: 4/26/09

/s/ David Wm. Ruskin

For the Office of the Chapter 13 Standing Trustee
David Wm. Ruskin
26555 Evergreen Ste 1100
Southfield MI 48076
(248) 352-7755